IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:03-CR-31-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| JASON LAMONT HARPER, | |
| Defendant. | |

Upon the request of defendant and for good cause shown, it is ordered that the defendant be discharged from supervision and that the proceedings be terminated.

This the 9th day of June 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
JH